# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# AT WHEELING

| | |
|---|---|
| CITY OF NEW MARTINSVILLE, WEST VIRGINIA, | ) ) Case No. 5:-17-CV-87 |
| Plaintiff, | ) ) JUDGE FREDERICK P. STAMP, JR. |
| v. | ) ) **STIPULATED DISMISSAL WITH PREJUDICE** |
| LIBERTY MUTUAL INSURANCE COMPANY | ) ) ) |
| Defendant. | ) |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff City of New Martinsville, West Virginia and Defendant Liberty Mutual Insurance Company (individually referred to as a "Party" and collectively, the "Parties") hereby jointly stipulate to a voluntary dismissal of this action with prejudice. Each Party shall bear its own costs, expenses, and attorneys' fees.

Respectfully submitted,                              Respectfully submitted,

/s/Mark A. Kepple_____                          /s/ Lee Murray Hall_____
Mark A. Kepple, Esq.                                 Lee Murray Hall, Esq. (WVSB #6447)
WV Bar Id. 7470                                      Sarah A. Walling, Esq. (WVSB #11407)
mkepple@baileywyant.com                              Jenkins Fenstermaker, PLLC
Morgan McKee, Esq.                                   325 Eighth Street
WV Bar Id. 12669                                     Huntington, WV 25701
mmckee@baileywyant.com                               Telephone: (304) 523-2100
Bailey & Wyant, P.L.L.C.                             Facsimile: (304) 523-2347
1219 Chapline Street                                 lmh@jenkinsfenstermaker.com
Wheeling, WV 26003                                   saw@jenkinsfenstermaker.com
Telephone: (304) 233-3100
Fax: (304) 233-0201

Of Counsel:                                          Of counsel:

BROUSE McDOWELL                                      Mound Cotton Wollan & Greengrass LLP

Amanda M. Leffler, Esq.
Ohio Bar No. 0075467
aleffler@brouse.com
P. Wesley Lambert, Esq.
Ohio Bar No. 0076961
wlambert@brouse.com
Kyle A. Shelton, Esq.
Ohio Bar No. 0092083
kshelton@brouse.com
388 South Main Street, Suite 500
Akron, Ohio 44311
Telephone:  (330) 535-5711
Facsimile:  (330) 253-8601

*Attorneys for the City of New Martinsville*

Philip Silverberg, Esq. (NY Bar No. 198954)
psilverberg@moundcotton.com
Hilary M. Henkind, Esq.
hhenkind@moundcottonn.com
One New York Plaza, 44th Floor
New York, New York 10004
Telephone (212) 804-4200
Facsimile: (212) 344-8066

*Attorneys for Defendant Liberty Mutual Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of March, 2019, a copy of the foregoing Stipulated Dismissal with Prejudice was filed electronically. Parties may access this filing through the Court's electronic filing system.

*/s/ Mark A. Kepple*
Mark A. Kepple (WV Bar Id. 7470)

1052398